UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN MCCLAIN,<br><br>                    Petitioner,<br><br>       v.<br><br>ROBERT NEUSCHMID,<br><br>                    Respondent. | Case No. SACV 20-656-SVW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  July 27, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE